AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KELVIN L. SUTTON**
**DOB: X/XX/XX**
**PDID: XXX-XXX**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>August 27, 2008</u> in, in the  District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title <u>   21   </u> United States Code, Section(s) <u>   841(a)(1)   </u>.

I further state that I am **SPECIAL AGENT BRIAN JACOB**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes    ☐ No

_____
Signature of Complainant
**SPECIAL AGENT BRIAN JACOB**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____     at     <u>   Washington, D.C.   </u>
Date                                                                 City and State

_____           _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

**STATEMENT OF FACTS**

On August 27, 2008, members of the Federal Bureau of Investigation Safe Streets Task Force executed a search warrant at 3536 22nd Street, S.E., Washington, D.C. Upon entry of the premises the defendant Kelvin L. Sutton told officers that everything here was his and that he would show them where "it" was. The defendant then directed the agents to a hallway closet that contained mail matter and personal papers in the defendant's name. A search of the closet resulted in the recovery of two zips and a plastic bag containing a white rock-like substance, a loaded .45 caliber hand gun, a scale and numerous empty ziplock bags. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance was field tested positive for cocaine base. The suspected crack cocaine weighed approximately 8 grams and indicates that the drugs were going to be sold to others rather than used exclusively by the defendant

SPECIAL AGENT BRIAN JACOB
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF AUGUST, 2008.

U.S. MAGISTRATE JUDGE